448 A.2d 1146

Commonwealth v. Gibson, Appellant.

Argued December 8, 1981. J. Brian Johnson, Assistant Public Defender, for appellant; Jane Roach, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence is affirmed.

448 A.2d 1146

Commonwealth v. Glasshofer, Appellant.
Petition for Allowance of Appeal Denied Jan. 19, 1983.

Submitted September 15, 1981. Norris E. Gelman, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, WATKINS and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., concurred in the result.